UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Abd-el-Illah Serir,<br><br>   Plaintiff,<br><br>vs.<br><br>Illinois Central College,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)  Case No. 20 cv 1031<br>)<br>)<br>)<br>)<br>) |

## DISCOVERY PLAN

Plaintiff, Abd-el-Illah Serir, and counsel for Defendant, Community College District No. 514, a/k/a Illinois Central College, having met via teleconference on April 20, 2020, for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): **June 26, 2020**
2. Amendment of the pleadings: **July 7, 2020**
3. Joining of additional parties: **July 7, 2020**
4. Close of fact discovery: **March 31, 2021**
5. Disclosure of Plaintiff's experts: **November 2, 2020**
6. Disclosure of Plaintiff's expert reports: **November 2, 2020**
7. Plaintiff's experts deposed by: **December 4, 2020**
8. Disclosure of Defendant's experts: **January 8, 2021**
9. Disclosure of Defendant's expert reports: **January 8, 2021**
10. Defendant's experts deposed by: **February 8, 2021**
11. Completion of all discovery: **March 31, 2021**
12. Dispositive motions: **April 30, 2021**

Abd-el-Illah Serir, Plaintiff

_/s/ [signature]_____

4417 N. University Street, Unit A
Peoria, IL 61614
Telephone: (773) 744-0665
Email: aserir.us@gmail.com

Illinois Central College, Defendant

By:_[signature]_____
Miller, Hall & Triggs, LLC
416 Main Street, Suite 1125
Peoria, IL 61602
Telephone: (309) 671-9600
Facsimile: (309) 671-9616
Email: katherine.swise@mhtlaw.com